SIGAL CHATTAH
United States Attorney
Nevada Bar No. 8264
MICHAEL J. MULLEN
Special Assistant United States Attorney
Washington Bar No. 54288
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2748
Facsimile: (206) 615-2531
E-Mail: michael.j.mullen@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMELA DEMIROVIC, | Case No.: 2:25-cv-00489-DJA |
| Plaintiff, | |
| v. | **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** (*FIRST REQUEST*) |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Defendant, the Commissioner of Social Security, respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 9, filed on June 9, 2025), currently due on July 9, 2025, by 30 days, through and including August 8, 2025. Defendant further requests that all subsequent deadlines be extended accordingly.

This is Defendant's first request for an extension of time. Good cause exists for this extension because the undersigned attorney for Defendant has, in addition to other assignments, three briefing deadlines, including this matter, and a Ninth Circuit oral argument in a period of two workdays.

Although counsel has worked diligently on this case and other matters, the requested additional time is necessary. This request is made in good faith and with no intention to unduly delay the proceedings. Defendant's counsel conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Brief through August 8, 2025.

Dated: July 7, 2025                    Respectfully submitted,

                                              SIGAL CHATTAH
                                              United States Attorney

                                              */s/ Michael J. Mullen*
                                              MICHAEL J. MULLEN
                                              Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7/9/2025

# CERTIFICATE OF SERVICE

I, Michael J. Mullen, certify that the following individual(s) were served with a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date, and via the method of service, identified below:

**By CM/ECF:**

Marc Kalagian
Marc.Kalagian@rksslaw.com

Dated: July 7, 2025

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant United States Attorney